Argued October 28, affirmed October 28, petition for rehearing
denied November 23, 1971, petition for review denied
as not timely filed January 18, 1972

STATE OF OREGON, *Respondent, v.* BEVERLY
JANE CURTIS (No. 38950), *Appellant.*

489 P2d 962

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.